UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Laura Egerman, Esq. (LE-8250)

Order Filed on May 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Tova S. Hunger,**

    Debtor.

Case No.:    20-23223-MBK

Chapter:    11

Hearing Date: May 13, 2021

Judge:    Michael B. Kaplan

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: May 16, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Secured Creditor: U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE FOR NJCC FUND #5 TRUST

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Broege, Neumann, Fischer & Shaver, LLC

Property Involved ("Collateral"): 125 Spruce Street, Lakewood, NJ 08701

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☐ The Debtor brought account current pursuant to the Motion for Relief from Stay filing on _____.

   ☐ The Debtor is overdue for ___ months from _____ through _____.

   ■ The Debtor is overdue for 5 payments from 01/01/2021 to 05/01/2021 at $6,265.58 per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   Funds Held In Suspense $0.00.

   Total Arrearages Due $31,327.90.

2. Debtor must make monthly adequate protection payments, as follows:

   ☐ Immediate payment shall be made in the amount of $_____. Payment shall be made within ___ days of entry of this Order.

   ☐ Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $___.

   ■ Beginning on 6/1/2021, monthly adequate protection payments shall be made in the amount of $4,430.36 until confirmation of plan.

   ☐ The amount of $___ shall be capitalized in the Debtor's Chapter 11 plan. The Debtor's monthly payment to the Chapter 11 Trustee will be modified to an amount necessary to appropriately fund the plan in accordance with this order.

**Page 3**

☐ This Order is incorporated into any Order confirming the plan. The Trustee is to pay the arrears identified in this Order.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ☒ Regular monthly payment:  Selene Finance LP,
    9990 Richmond Ave, Suite 400 South
    Houston, TX 77042

4. In the event of Default:

■ If the Debtor fails to make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 11 Trustee, the Debtor, and the Debtor's attorney.

■ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    ■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

        The fees and costs are payable:

        ■ Through the Chapter 11 plan.

        ☐ To the Secured Creditor within _____ days.

    ☐ Attorneys' fees are not awarded.

The undersigned hereby consent to the form and entry of the foregoing order.

_____          /s/ Laura Egerman
Geoffrey Neumann, Esq.                   Laura Egerman, Esq.
*Attorney for Debtor*                    *Attorney for Secured Creditor*
Date: 5/6/21                             Date: 05/06/2021